**SOCIETE NATIONALE INDUSTR-IELLE AEROSPATIALE,**
Petitioner,

v.

**UNITED STATES DISTRICT COURT FOR the DISTRICT OF ALASKA,**
Respondent,

and

**Sharon Griffis, Personal Representative of the Estate of Daniel D. Doran, Deceased, Real Party In Interest.**

No. 85–7556.

United States Court of Appeals,
Ninth Circuit.

July 31, 1987.

Lillick, McHose & Charles and Stephen C. Johnson, San Francisco, Cal.; Rice, Hoppner, Brown & Brunner and Patrick T. Brown, Fairbanks, Alaska, for petitioner.

Young & Sanders and Joseph L. Young, Anchorage, Alaska, for real party in interest.

Before ANDERSON, SKOPIL and ALARCON, Circuit Judges.

## ORDER

During the pendency of petitioner's request for rehearing and suggestion for rehearing en banc, the parties have advised the court that the matter has been settled. In light of that settlement, we dismiss the appeal as moot. Our prior opinion, reported at 788 F.2d 1408, is hereby vacated.